```
 1              IN THE UNITED STATES DISTRICT COURT

 2         NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

 3

 4   RAVENNA ROAD MANAGEMENT,
     INC. d/b/a MATCHHOUSE,

 5              Plaintiff,
                                        JUDGE DOWD
 6       -vs-                           CASE NO. 5:06CV0698

 7   CITY OF TWINSBURG,

 8              Defendant.

 9                       -  -  -  -

10          Deposition of LARRY E. FINCH, taken as if

11   upon cross-examination before Lynn D. Thompson, a

12   Notary Public within and for the State of Ohio,

13   at the offices of Berkman, Gordon, Murray &

14   DeVan, 2121 Illuminating Building, 55 Public

15   Square, Cleveland, Ohio, at 3:00 p.m. on

16   Thursday, May 11, 2006, pursuant to notice and/or

17   stipulations of counsel, on behalf of the

18   Plaintiff in this cause.

19                       -  -  -  -

20                 MEHLER & HAGESTROM
                    Court Reporters
21
          CLEVELAND                    AKRON
22   1750 Midland Building        1015 Key Building
     Cleveland, Ohio 44115        Akron, Ohio 44308
23       216.621.4984                330.535.7300
         FAX 621.0050               FAX 535.0050
24       800.822.0650                800.562.7100

25
```