IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAVENNA ROAD MANAGEMENT, INC., ) d/b/a Matchhouse ) ) Plaintiff, ) ) v. ) ) CITY OF TWINSBURG, ) ) Defendant. ) | CASE NO. 5:06 CV 0698 JUDGE DAVID D. DOWD, JR. **FINAL JUDGMENT** |

Upon the parties' joint motion and their stipulation for the entry of final judgement, the Court hereby finds, decrees and orders as follows:

1. The parties' representations and stipulations, as contained in said joint motion and stipulation, are accepted as true, accurate, fair and reasonable;

2. Per stipulation of the parties, the Court hereby enters final judgment in plaintiff's favor on plaintiff's claims for declaratory and injunctive relief, declaring, finding, and holding that — for the reasons stated in the Court's Memorandum Opinion & Order of June 7, 2006 — defendants' Chapter 1354 location restrictions are unconstitutional under the First Amendment and are thus unenforceable and void as to plaintiff; and, in this regard, the injunction entered by the Court on June 7, 2006 is hereby made permanent;

3. Per stipulation of the parties— and in consideration of plaintiff's agreeing to the dismissal of its damage claim— defendant has consented to and waived any right to appeal from this entry of final judgment.

4. Per stipulation of the parties, plaintiff's damage claims are dismissed under Fed. Civ. R. 41 with prejudice.

5. With respect to the entry of this final judgment, plaintiff has reserved and has the right, as a prevailing party, to petition for attorneys' fees under 42 U.S.C. §1988 and Fed. Civ. Rule 54(d) (2); and defendant has reserved the right to oppose plaintiff's entitlement to such fees

and to challenge the amounts and/or reasonableness of the fees sought by plaintiff, but not plaintiff's standing to seek those fees as a prevailing party.

                      IT IS SO ORDERED

                      s/David D. Dowd, Jr.   8/7/2006
                      Judge David D. Dowd, Jr

APPROVED:

| /s/ Amanda M. Leffler | /s/ J. Michael Murray |
|---|---|
| Clair E. Dickinson (0018198) | J. MICHAEL MURRAY (0019626) |
| Amanda M. Leffler (0075467) | jmmurray@bgmdlaw.com |
| BROUSE McDOWELL | JEREMY A. ROSENBAUM (0029421) |
| 388 South Main Street, Suite 500 | jrosenbaum@bgmdlaw.com |
| Akron, Ohio 44311 | BERKMAN, GORDON, MURRAY & DeVAN |
| aleffler@brouse.com | 55 PUBLIC SQ. STE 2121 |
| Phone: (330) 535-571 1 | CLEVELAND OHIO 44113-1949 |
| Fax: (330) 253-8601 | Phone: (216) 781-5245 |
| | Fax: (216) 781-8207 |
| Attorneys for Defendant | Attorneys for Plaintiff |