DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Ravenna Road Management, Inc., ) | |
| ) | CASE NO. 5:06 CV 698 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| City of Twinsburg, Ohio, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

For the reasons set forth in the Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that attorney fees and costs in the total amount of $38,336.90 are awarded to the plaintiff to be paid by the defendants.

| | |
|---|---|
| January 23, 2007 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |